**Opinion issued January 7, 2014**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-13-01032-CR

———————————

## IN RE DARYL L. DAVIS, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus[1]

———————————

### MEMORANDUM OPINION

Relator, Daryl L. Davis, has filed a petition for writ of mandamus, seeking to

compel the trial court to issue a written order on his motion for appointment of

---

[1]     Counsel for Relator: pro se
Counsel for Real Party in Interest: N/A

post-conviction counsel to perfect a writ of habeas corpus under Texas Code of Criminal Procedure article 11.07.[2]

We have no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under Texas Code of Criminal Procedure article 11.07. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2013); *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

Accordingly, we **dismiss** the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] The underlying case is *Daryl L. Davis v. State of Texas*, No. 753744A in the 179th District Court of Harris County, Texas, the Honorable Kristin M. Guiney presiding.